FILED

JAN 2 9 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

| PROB 22<br>(D\CO 01/03) | | DOCKET NUMBER<br>13-cr-00125-WJM-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER<br>7-15-CR-41 |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE:<br><br>LEONARDO ABON-BARRAZA | DISTRICT<br>District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>WILLIAM J. MARTINEZ | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>02/04/14 | TO<br>02/05/16 |

| OFFENSE<br>Illegal Re-entry After Deportation Subsequent to Conviction for Aggravated Felony; 8 U.S.C. § 1326(a) and (b)(2) |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TEXAS, upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

20 Jan 2015
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  WESTERN DISTRICT OF TEXAS, Pecos Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

1-23-15
_____
Effective Date

_____
United States District Judge